UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERSKINE MOORER, | ) | NO. CV 10-09089 JST (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| FRANCISCO QUINTANA, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

1     **IT IS ORDERED** that Judgment shall be entered dismissing this action
2  without prejudice.

4     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5  the Judgment herein on Petitioner.

7     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9  DATED: January 26, 2011

JOSEPHINE STATON TUCKER
───────────────────────────
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

2