UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERSKINE MOORER, | ) | NO. CV 10-09089 JST (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| FRANCISCO QUINTANA, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 26, 2011

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE